IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SALLY HALL,

    Plaintiff,

v.                                                         Civ. No. 23-1074 DLM/GBW

BRISTOL WEST INSURANCE
SERVICES, INC., OF FLORIDA, *et al.*,

    Defendants.

## ORDER TO SHOW CAUSE FOR FAILURE TO SERVE

THIS MATTER is before the Court *sua sponte*. Plaintiff filed suit against numerous Defendants on October 25, 2023, and the case was removed to federal court on December 4, 2023. Federal Rule of Civil Procedure 4(m) provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In removed cases, the 90-day period begins upon the date of removal. *See* 28 U.S.C. § 1448. More than 90 days have elapsed since this action was removed to district court, and there is no indication that Defendant Bristol West Insurance Services, Inc., of Florida has been served.

Plaintiff is therefore directed to show cause why her case should not be dismissed without prejudice as to Defendant Bristol West Insurance Services, Inc., of Florida for failure to comply with the service and time provisions of Rule 4(m). Plaintiff's response to the Court's Order to Show Cause should be filed no later than **14 days of entry of this Order**.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE